OPINION — AG — THE SCHOOL BOARD IS NOT REQUIRED TO PAY THE SALARY OF A RE ELECTED OR NEW TEACHER IN HIS FIRST THIRTY (30) DAYS OF ABSENCE AS PROVIDED IN 70 O.S. 1961, 6-4(D) [70-6-4], IF HE HAS CONTRACTED TO WORK FOR THE NEXT SCHOOL YEAR BUT IS UNABLE TO PERFORM ANY TEACHING DUTIES BECAUSE HE IS CALLED TO ACTIVE DUTY BEFORE SUCH SCHOOL YEAR BEGINS. CITE: ARTICLE X, SECTION 1, 70 O.S. 1961, 6-1(E) [70-6-1], 70 O.S. 1961, 18-4(M) [70-18-4] (ROBERT NAIFEH) ** SEE: OPINION NO. 76-161 (1976) **